UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Maureen Bensadigh
27 Schaffer Rd
Alpine NJ 07020

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 MAR 23  P 12: 43

JEANNE A. NAUGHTON
BY _____
DEPUTY CLERK

In Re:
*[Enter the debtor's name(s)]*

[signature]

Case No.: 17-14644
*[Enter the case number]*

Chapter: _____
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: VFP
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* To Convert from a Chapter 13 to 7

Maureen Bensadigh
*[Enter your name]* _____ has filed papers with the court to *[Enter the relief sought]* ___

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: _____
*[Enter the date of the hearing]*

Hearing Time: _____
*[Enter the time of the hearing]*

Hearing Location: _____
*[Enter the location of the hearing]*

Courtroom Number: _____
*[Enter the courtroom number]*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and telephone number]*<br><br>Maureen Bensadigh<br>27 Schaffer Rd<br>Alpine, NJ 07620 | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2017 MAR 23  P 12: 43<br><br>JEANNE A. NAUGHTON<br><br>BY _____<br>DEPUTY CLERK |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>[signature] | Case No.: 17-14644<br>*[Enter the case number]*<br><br>Chapter: _____<br>*[Enter the chapter]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: _____<br>*[Enter the judge's last name]* |

CERTIFICATION OF **Maureen Bensadigh**
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* **Maureen Bensadigh**, *[Enter their relationship to the case. For example: debtor, creditor]* **Debtor** in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* _____ filed by me on *[Enter the date the motion was filed]* _____.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

   Chapter 13 is not feasable at this time need to convert to a chapter 7 and find a new attorney

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* NEED A NEW AHONG

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

I certify under penalty of perjury that the above is true.

Date: 3/23/17
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*